THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20--093 RSM |
| Plaintiff, | ORDER TO PROCEED WITH GUILTY PLEA BY VIDEOCONFERENCE HEARING |
| v. | |
| TARA SCOTT, | |
| Defendant. | |

The Court has considered the unopposed Motion to Proceed with Guilty Plea by videoconference hearing. For the reasons set forth therein, and pursuant to General Order 18-20, the Court finds that entry of the guilty plea in this case cannot be further delayed without serious harm to the interests of justice and directs that the matter be scheduled for a videoconference plea hearing.

Signed this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted ,

s/Cathy Gormley
Cathy Gormley #26169

ORDER TO PROCEED VIA VIDEOCONFERENCE
TARA SCOTT

Cathy Gormley.
ATTORNEY AT LAW
7511 Greenwood Avenue N. #821
SEATTLE, WASHINGTON 98103
(206) 624-0508