Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TARA SCOTT,

        Defendant.

No. 2:20-cr-00093-RAJ

MINUTE ORDER

     The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

     Defendant's Appearance Bond entered August 21, 2020, is modified to add the following condition:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology.  The defendant is restricted to her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist.  The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.  **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

//

//

MINUTE ORDER – 1

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 17th day of September, 2021.

RAVI SUBRAMANIAN,
Clerk of the Court

 /s/ Ashleigh Drecktrah
Deputy Clerk